# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMMETT LOCKHART,** : | |
| Petitioner : | |
| : | CIVIL NO. 3:CV-06-1291 |
| v. : | |
| : | (Judge Caputo) |
| **GEORGE N. PATRICK,** : | |
| Respondent : | |

## O R D E R

**AND NOW**, this **26th** day of **AUGUST, 2014,** it is **ORDERED** that:

1. Mr. Lockhart's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 1) is **DENIED**.

2. A certificate of appealability is **DENIED**. *See* 28 U.S.C. § 2253(c).

3. The Clerk of Court shall close this file.

            /s/ A. Richard Caputo
            **A. RICHARD CAPUTO**
            **United States District Judge**